# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Vizient Supply LLC | 11/28/2022 | 266346 | Check | $ 119,151.91 |
| Akorn Operating Company, LLC | Vizient Supply LLC | 11/28/2022 | 266347 | Check | $ 102,212.39 |
| Akorn Operating Company, LLC | Vizient Supply LLC | 11/30/2022 | 266348 | Check | $ 85,094.04 |
| Akorn Operating Company, LLC | Vizient Supply LLC | 12/7/2022 | 266490 | Check | $ 303.33 |
| Akorn Operating Company, LLC | Vizient Supply LLC | 12/7/2022 | 266491 | Check | $ 250.20 |
| Akorn Operating Company, LLC | Vizient Supply LLC | 12/7/2022 | 266492 | Check | $ 340.20 |
| Akorn Operating Company, LLC | Vizient Supply LLC | 12/7/2022 | 266493 | Check | $ 14.41 |
| Akorn Operating Company, LLC | Vizient Supply LLC | 2/8/2023 | ACH | Wire | $ 2,354.74 |
| Akorn Operating Company, LLC | Vizient Supply LLC | 2/8/2023 | ACH | Wire | $ 105,055.98 |
| Akorn Operating Company, LLC | Vizient Supply LLC | 2/8/2023 | ACH | Wire | $ 191,075.11 |
| | | | | | $ 605,852.31 |