## EXHIBIT B

**Vizient Supply LLC Settlement Agreement**

57731610.1 04/22/2026

## SETTLEMENT OFFER AND ACCEPTANCE FORM

On behalf of Vizient Supply LLC ("**Vizient**"), I/We have read the demand letter that was sent and/or the complaint that was filed as Adv. Proc. No. 25-50240 (KBO) on behalf of George L. Miller, the duly appointed Chapter 7 Trustee (the "**Chapter 7 Trustee**") for the bankruptcy estates of Akorn Holding Company LLC *et al*. (the "**Debtors**"), Case No. 23-10253 (KBO), and they reflect accurately that Vizient received transfer(s) in the amount of $605,852.31 during the ninety (90) day Preference Period (the "**Transfers**").  Vizient is willing to resolve this matter amicably pursuant to this Settlement Offer and Acceptance Form (the "**Agreement**").  Vizient and the Chapter 7 Trustee shall be referred to collectively herein as the "**Parties**."

## OFFER

The Chapter 7 Trustee herein offers to settle and release the Debtors' estates' claims against Vizient under Sections 547 through 550 of the Bankruptcy Code upon receipt and bank clearance of a settlement payment equal to $255,000.00 (the "**Settlement Amount**"), which is a negotiated amount of the Transfers. This offer requires that payment of the full Settlement Amount be received on or before one week from execution of this Agreement.  The Settlement Amount will be held in escrow by the Trustee pending entry of an order of the Bankruptcy Court approving the settlement.  In the event the settlement is not approved then (i) the Settlement Amount shall be returned promptly to Vizient; (ii) this settlement shall be deemed null and void; and (iii) the Parties shall be restored to their original positions, with all claims and defenses, that existed prior the execution hereof.

## ACCEPTANCE OF SETTLEMENT OFFER

Having considered Vizient 's rights and liabilities, Vizient hereby accepts the offer to settle the Transfers on the terms set forth above and encloses herewith a check payable to George L. Miller, Chapter 7 Trustee for the Settlement Amount of $255,000.00. Vizient can also pay by wire with wire transfer instructions provided separately and upon request. This settlement is not complete until receipt of the executed Agreement, payment of the Settlement Amount and approval of the settlement by the Bankruptcy Court.

Vizient waives its right(s) under Section 502(h) of the Bankruptcy Code to file a proof of claim (or to modify an existing proof of claim) for the Settlement Amount in the *Akorn Holding Company LLC*, *et al.* bankruptcy cases (the "**Bankruptcy Cases**"). Any existing claim in the Bankruptcy Cases shall remain unaffected by this settlement and shall not be allowed, disallowed, modified, or otherwise affected as a result, and the Trustee retains his right (unaffected by this settlement) to object to the allowance of any existing claim as late filed or otherwise.

55880271.2

## DISMISSAL OF ADVERSARY PROCEEDING

The Chapter 7 Trustee further stipulates that upon Bankruptcy Court approval of the settlement contemplated herein, he will voluntarily dismiss the action filed as Adversary Proceeding No. 25-50240 (KBO) in its entirety with prejudice.

Executed on this 31st day of July ,2025.

By: /s/Kathy Beasley

Print: Kathy Beasley    Title: SVP & Assistant General Counsel

Phone No.: 972-581-5229


RETURN WITH CHECK FOR: $255,000.00
PAYABLE TO: George L. Miller, Chapter 7 Trustee
PRIOR TO: One week following signature of this agreement
MAIL TO: George L. Miller
1628 John F Kennedy Blvd # 950
Philadelphia, PA 19103

55880271.2